APPEAL,CLOSED,E−NTC,IFP,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22−cv−03805−UNA
### *Internal Use Only*

| | |
|---|---|
| PATEL v. UNITED STATES et al<br>Assigned to: Unassigned<br>Cause: 42:1981 Civil Rights | Date Filed: 12/21/2022<br>Date Terminated: 02/10/2023<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**RAJ K. PATEL**　　　　　　　　　　　　represented by　**RAJ K. PATEL**
*The Excellent the Excellent, from all*　　　　　　　　6850 East 21st Street
*capacities*　　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46219
　　　　　　　　　　　　　　　　　　　　　　　　　　(317) 450−6651
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rajp2010@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**UNITED STATES**

**Defendant**

**JOE BIDEN**
*President*

**Defendant**

**UNITED STATES COURT OF FEDERAL CLAIMS**

**Defendant**

**LOREN A. SMITH**
*The honorable senior judge*

**Defendant**

**ROBERT KIEPURA**
*Mr.*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2022 | | **Initiating Pleading & IFP Application Received on 12/21/2022.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zljn) (Entered: 12/27/2022) |

| | | |
|---|---|---|
| 12/21/2022 | 1 | COMPLAINT against All Defendants filed by RAJ K. PATEL. (Attachments: # 1 Civil Cover Sheet)(zljn) (Entered: 12/27/2022) |
| 12/21/2022 | 2 | MOTION for Leave to Proceed in forma pauperis by RAJ K. PATEL. (zljn) (Entered: 12/27/2022) |
| 12/21/2022 | 3 | NEW Pro Se Consent To Receive Notices of Electronic Filing by RAJ K. PATEL (zljn) (Entered: 12/27/2022) |
| 01/06/2023 | 4 | MOTION to Issue Subpoena by RAJ K. PATEL. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(zmrl) (Entered: 01/10/2023) |
| 01/06/2023 | 5 | REQUEST FOR SUMMONS TO ISSUE filed by RAJ K. PATEL.(zmrl) (Entered: 01/10/2023) |
| 02/10/2023 | 6 | MEMORANDUM OPINION. Signed by Judge Rudolph Contreras on 02/10/2023. (zsl) (Entered: 02/10/2023) |
| 02/10/2023 | 7 | ORDER DISMISSING PRO SE CASE WITH PREJUDICE. Ordered that the application of the plaintiff to proceed in forma pauperis is granted. This is a final appealable Order. Pro Se party has been notified via NEF. Signed by Judge Rudolph Contreras on 02/10/2023. (zsl) (Entered: 02/10/2023) |
| 02/27/2023 | 8 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 7 Order Dismissing Pro Se Case, by RAJ K. PATEL. Fee Status: No Fee Paid. Parties have been notified. (zmrl) (Entered: 03/02/2023) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TE TE Raj K. Patel
    Plaintiff

vs.                                    Civil Action No. 22-cv-3805

United States et al.
    Defendant

## NOTICE OF APPEAL

Notice is hereby given this  24th  day of  February  , 20 23 , that

TE TE Raj K. Patel (pro se) (IFP approved)

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  10th  day of  February  , 20 23

in favor of  Defendants

against said  TE TE Raj K. Patel

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

all service to be made to the names and addresses listed in the Compl. Cert of Service.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 22-3805 (UNA) |
| | ) |
| UNITED STATES *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**; it is further

**ORDERED** that the complaint and this case are dismissed with prejudice.

This is a final appealable Order.

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge

DATE: February 10, 2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJ K. PATEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-3805 (UNA) |
| UNITED STATES *et al.*, | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of Plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

"Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute," and it is "presumed that a cause lies outside this limited jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citations omitted). In addition, "federal courts are without power to entertain claims otherwise within their jurisdiction if they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974). A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a).

Plaintiff, a resident of Indianapolis, Indiana, sues the United States, President Joe Biden, the U.S. Court of Federal Claims and Senior Judge Loren A. Smith, and Department of Justice

Trial Attorney Robert R. Kiepura. *See* Compl. at 2-3. The prolix complaint, to the extent intelligible, arises from an action Plaintiff brought against the United States for breach of contract. *See id*. at 7-11; *Patel v. United States*, No. 2022-1131, 2022 WL 4956868, at *1 (Fed. Cir. Feb. 11, 2022), *cert. denied*, 214 L. Ed. 2d 112, 143 S. Ct. 281 (2022) (per curiam) (holding that "the Court of Federal Claims correctly concluded that Mr. Patel's allegations were baseless and that it lacked jurisdiction over any of his claims"). Alleging constitutional deprivations, Plaintiff seeks "a writ or rule nisi under 28 U.S.C. § 1651 to aid this District Court in its jurisdiction for possible criminal or civil offenses committed by Defendants." Compl. at 14. He wants this Court "[e]specially [to] ask Defendants what evidence they need now." *Id*.

"A federal district court lacks jurisdiction to review decisions of other federal courts," *Smalls v. United States*, 471 F.3d 186, 192 (D.C. Cir. 2006), and it is axiomatic that a lower federal court has no authority over an appellate court, *In re Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992) (per curiam) (internal quotation marks and citation omitted)). Further, it is settled that claims against a judicial defendant premised, as here, on the judge's rulings are frivolous. *See Caldwell v. Kagan*, 777 F. Supp. 2d 177, 179 (D.D.C. 2011) (finding "claims against the district and court of appeals judges . . . patently frivolous because federal judges are absolutely immune from lawsuits predicated, as here, for their official acts") (citing *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355–57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993)); *see also Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied*, 513 U.S. 1150 (1995) (a complaints against judges who have "done nothing more than their duty" is "a meritless action.").

2

Because no "allegation of other facts" could plausibly cure the foregoing defects, this case will be dismissed with prejudice. *Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (per curiam) (cleaned up). A separate order accompanies this Memorandum Opinion.

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge

DATE: February 10, 2023