# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5048**                   **September Term, 2022**

**1:22-cv-03805-UNA**

**Filed On: April 20, 2023** [1995731]

Raj K. Patel, The Excellent the Excellent,
from all capacities,

       Appellant

       v.

United States, et al.,

       Appellees

## O R D E R

Upon consideration of the motion for extension of time to file appellant's brief or to hold case in abeyance, and the motion for e-filing, it is

**ORDERED** that the motion for extension of time be granted. Appellant's brief and appendix are now due May 30, 2023. It is

**FURTHER ORDERED** that the motion for e-filing be denied without prejudice. The Clerk is authorized to determine whether a party to a pending civil case who is not represented by an attorney may file by electronic means using the court's Electronic Case Files (ECF) system. See D.C. Cir. Rule 25(b)(2). Circuit Rule 25(b)(2) requires that a pro se party describe the party's access to the internet and confirm the capacity to file and receive documents electronically on a regular basis. This motion does not state the grounds for the request so as to demonstrate that appellant meets the technical standards to participate as an ECF filer.

Failure by appellant to comply with this order may result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                              BY:     /s/
                                        Catherine J. Lavender
                                        Deputy Clerk